# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1379
L.T. Case No. 2022-CF-001583

———————————————

KENNETH WAYNE TOWNSEND,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

———————————————

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Jonathan Edwin Mills, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha Mills, Assistant Attorney General, Daytona Beach, for Appellee.

July 25, 2025

PER CURIAM.

  In this *Anders*[1] appeal, we affirm Kenneth Wayne Townsend's judgment and sentence. However, the Order/Final Judgment for Charges, Costs, & Fees includes a $100.00 "Cost of Investigation to ST JOHNS COUNTY SHERIFF'S OFFICE," pursuant to section 938.27, Florida Statutes, which the State did not request, and the

———————————

[1] *Anders v. California*, 386 U.S. 738 (1967).

trial court did not orally impose. We therefore remand for the trial court to enter an amended order/final judgment for charges, costs and fees that does not include assessment of the cost of investigation. *See Parks v. State*, 50 Fla. L. Weekly S120, S122 (Fla. June 12, 2025) ("It is axiomatic that costs not mandated in a minimum amount set by statute will have to be requested—and established—by the State. Because they must be proven, they must be requested.").

As well, Appellant's scoresheet adds an enhancement (i.e., sentencing multiplier) for drug trafficker, but the trial court orally ruled it was "not going to enhance for the guidelines" and it was "going to utilize the regular guidelines without the enhancement." We further instruct the trial court to correct the scoresheet by removing the enhancement for drug trafficker.

AFFIRMED and REMANDED with instructions.

HARRIS, KILBANE, and MACIVER, JJ., concur.

––––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––––

2